**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MONTGOMERY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GIGI MATTESON, Warden,<br><br>　　　　　Respondent. | Case No. 5:21-cv-00501-FWS (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of JOE MONTGOMERY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 31, 2022

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE